Fm:John Marshall Collins Attorney at Law To:Fax to John McBride (14089792934)    15:30 01/07/11 GMT-08 Pg 02-03
01/06/2011  16:55    4089792934                    WMJPR                                  PAGE  03/04

*E-FILED 01-10-2011*

1  JOHN McBRIDE - 36458
   WYLIE, McBRIDE, PLATTEN & RENNER
2  2125 Canoas Garden Avenue, Suite 120
   San Jose, California 95125
3  Telephone: (408) 979-2920
   Facsimile: (408) 979-2934
4
   Attorneys for Plaintiffs
5  MARIA ELENA DE LA GARZA, ENRIQUE ARREOLA, JOSE
   VASQUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ELENA DE LA GARZA, ENRIQUE ARREOLA AND JOSE VASQUEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> THE MEXICAN AMERICAN COMMUNITY SERVICES AGENCY, a California Corporation, <br><br> Defendant. | Case No. CV10-05516 HRL <br><br> STIPULATION OF PARTIES FOR ORDER EXTENDING TIME FOR COMPLIANCE WITH THE COURT'S SCHEDULED RULE 26(F) REPORT AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER <br><br> [Re: Docket No. 7] |

The undersigned, counsel for respective plaintiffs and defendants have meet and conferred and believe that full resolution of this case is eminently possible if some additional time is granted for proceeding with prosecution of this case. It is the intend of the parties to work diligently to resolve the matter and to minimize the legal cost to the parties.

Based on the foregoing the parties stipulate that the court may extend the time for compliance with filing the Rule 26(f) Report and extending the date for the initial Case Management Conference by approximately 90 days within which time the parties believe that resolution will be reached.

///

///

STIPULATION OF PARTIES FOR ORDER EXTENDING TIME FOR COMPLIANCE WITH THE COURT'S SCHEDULED RULE 26(F) REPORT AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE: Case No. CV10-05516 HRL

1

Fm:John Marshall Collins Attorney at Law To:Fax to John McBride (14089792934)    15:30 01/07/11 GMT-08 Pg 03-03
RECEIVED 01/07/2011 15:24 4089792934 WMJPR
Case 5:10-cv-05516-HRL Document 9 Filed 01/10/11 Page 2 of 2
01/06/2011 16:55 4089792934 WMJPR PAGE 04/04

| | | |
|---|---|---|
| 1 | Dated: 1/6/11 | WYLIE, McBRIDE, PLATTEN & RENNER |
| 2 | | |
| 3 | | JOHN McBRIDE, Attorney for Plaintiffs |
| 4 | | |
| 5 | Dated: 1/7/11 | JOHN MARSHALL COLLINS, PC |
| 6 | | |
| 7 | | JOHN MARSHALL COLLINS, Attorney for Defendants |

IT IS SO ORDERED

Based on the stipulation and good cause appearing therefore, it is hereby ordered that ~~the last day for filing a Rule 26(f) Report and completion of Initial Disclosures is now set for ================ and further that~~ the Initial Case Management Conference shall be held in Courtroom 2, 5th Floor, SJ at 1:30 p.m. on __April 26__, 2011. **All related deadlines (see Docket No. 3) are adjusted accordingly.**

Dated: January 10, 2011

_____
HONORABLE HOWARD R. LLOYD
JUDGE STATES MAGISTRATE JUDGE

p:\3000\30475\pleadings\stip comp rule 26.doc

---

STIPULATION OF PARTIES FOR ORDER EXTENDING TIME FOR COMPLIANCE WITH THE COURT'S SCHEDULED RULE 26(F) REPORT AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE; Case No. CV10-05516 HRL

2