John Marshall Collins, P.C.
John Marshall Collins, Esq.
California State Bar No. 053320
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone: (408) 287-9001
Facsimile: (408) 852-0309

Attorney for Defendant
The Mexican American Community
Services Agency

*E-FILED 04-18-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Elena De La Garza, Enrique Arreola and Jose Vasquez,<br><br>Plaintiffs,<br><br>v.<br><br>The Mexican American Community Services Agency, a California corporation,<br><br>Defendant. | Case No. CV10-05516 HRL<br><br>STIPULATION OF PARTIES FOR ORDER EXTENDING TIME FOR COMPLIANCE WITH THE COURT'S SCHEDULED RULE 26(F) REPORT AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

The undersigned, counsel for respective plaintiffs and defendant have met and conferred and agree as follows. Defendant's counsel seeks a further continuance of the Initial Case Management Conference due to a change in the dates of a conference out of the country which Defendant's counsel had planned to attend; Plaintiff's counsel has agreed to a brief continuance of the Initial Case Management Conference to accommodate this schedule.

Based on the foregoing, the parties stipulate that the court may extend the time for compliance with filing the Rule 26(f) Report and extend the date for the initial Case Management Conference by four weeks.

STIPULATION OF PARTIES FOR ORDER EXTENDING TIME FOR COMPLIANCE WITH THE COURT'S SCHEDULED RULE 26(F)REPORT AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE; Case No. CV10-05516 HRL

Case 5:10-cv-05516-HRL  Document 15  Filed 04/18/11  Page 2 of 2

04/11/2011 10:24  4089792934  WMJPR  PAGE 04/04
Fm:John Marshall Collins Attorney at Law To:De La Garza v. MACSA (14089792934)  09:56 04/11/11GMT-08 Pg 03-03

Dated: April 11, 2011          Wylie, McBride, Platten & Renner

                               _____
                               John McBride, Attorney for Plaintiffs

Dated: April 11, 2011          John Marshall Collins, P.C.

                               _____
                               John Marshall Collins, Attorney for Defendant

ORDER

IT IS SO ORDERED.

Based on the stipulation and good cause appearing therefore, it is hereby ordered that the Initial Case Management Conference shall be held in Courtroom 2, 5th Floor, San Jose at 1:30 p.m. on May 24, 2011. All related deadlines (see Docket No. 3) are adjusted accordingly.

Dated: April 18, 2011

_____
Honorable Howard R. Lloyd
Judge State Magistrate Judge

**ATTENTION: No later than April 29, 2011, defendant shall file either (1) a Consent to Proceed Before a United States Magistrate Judge; or (2) a Declination and Request for Reassignment to a District Court Judge. The forms are available at the Clerk's Office and on the court's website http://cand.uscourts.gov.**

STIPULATION OF PARTIES FOR ORDER EXTENDING TIME FOR COMPLIANCE WITH THE COURT'S SCHEDULED RULE 26(F) REPORT AND SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE; Case No. CV10-05516 HRL
2