*E-FILED: June 5, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA ELENA DE LA GARZA; ENRIQUE ARREOLA; and JOSE VASQUEZ, <br><br>  Plaintiffs, <br><br>   v. <br><br> THE MEXICAN AMERICAN COMMUNITY SERVICES AGENCY, a California corporation, <br><br>  Defendant. | No. C10-05516 HRL <br><br> **ORDER RE FURTHER CASE MANAGEMENT CONFERENCE** |

The court held a status conference on June 5, 2012. Defendant having advised that it expects to retain new counsel shortly, the court grants defendant's request for a brief continuance to allow time for new defense counsel to enter an appearance in this matter. The parties shall file a joint status report **no later than July 10, 2012**, and this matter is set for a further case management conference on **July 17, 2012, 1:30 p.m.** at which time the parties shall be prepared to discuss new dates for a final pretrial conference and trial.

SO ORDERED.

Dated: June 5, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05516-HRL Notice has been electronically mailed to:

2  John A. McBride     jmcbride@wmprlaw.com, jcasella@wmprlaw.com

3  John Marshall Collins     johnolaw@gmail.com, jlzlegal@aol.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2